**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warren Johnson,<br><br>PLAINTIFF(S),<br>v.<br>Spectrum Company et al,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 22-04930-JLS (SK)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On August 25, 2022, the Court DENIED plaintiff's request to file the action without prepayment of the full filing fee with leave to amend or to correct a deficiency within 30 days. Plaintiff was advised that failure to follow the Court's instructions or otherwise respond to the order would lead to involuntary dismissal of the case.

☑ Plaintiff has failed to submit a timely response or to timely submit the required documents ordered to be filed. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is DISMISSED without prejudice.

☐ Plaintiff has failed to pay the full amount of the required filing fee as ordered. Accordingly, the case is DISMISSED without prejudice.

☐ The Court's order was returned undeliverable and more than 14 days have passed since that order was served with no notice of change of plaintiff's address filed as required by Local Rule 41-6. The Court thus has no means to communicate with plaintiff and can only assume that plaintiff no longer wants to prosecute the action. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is DISMISSED without prejudice.

IT IS SO ORDERED.

| | |
|---|---|
| November 1, 2022<br>*Date* | JOSEPHINE L. STATON<br>*Josephine L. Staton*<br>*United States District Judge* |